

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00026-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: January 18, 2023

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On January 12, 2023, relator filed a petition for writ of habeas corpus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motions are denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2019CR6311, styled *Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.